ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
          brett.coombs@akerman.com

*Attorneys for Plaintiff/Counter-Defendant
Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION,<br><br>Third-Party Plaintiff,<br>vs.<br><br>ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>Third-Party Defendants | |
| RIVER GLIDER AVENUE TRUST,<br><br>Counter-plaintiff,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Counter-defendant. | |

{39502022;1}

1

Plaintiff/counter-defendant Nationstar Mortgage LLC (**Nationstar**), by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP. **Nationstar** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent **Nationstar** and requests that Ariel Stern, Esq. and Brett Coombs, Esq. receive all future notices.

DATED this 13th day of September, 2016.

        **AKERMAN LLP**

        */s/ Brett Coombs*
        ARIEL E. STERN, ESQ.
        Nevada Bar No. 8276
        BRETT M. COOMBS, ESQ.
        Nevada Bar No. 12570
        1160 Town Center Drive, Suite 330
        Las Vegas, Nevada 89144
        *Attorneys for Plaintiff/Counter-defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Dated this __14th__ day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39502022;1}

2