# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | ) |
|                 Plaintiff(s), | ) Case No. 2:15-cv-01597-MMD-NJK |
| vs. | ) ORDER |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION, et al., | ) |
|                 Defendant(s). | ) |

On March 24, 2017, the Court granted the joint request to stay this case pending the issuance of an order regarding Alessi & Koenig from the bankruptcy court. Docket No. 46. The Court ordered the parties to file a joint status report regarding the issuance of that order by April 20, 2016. *See id.* at 3. On April 26, 2017, the parties filed an untimely joint status report (that was also signed on April 26, 2017) indicating that "the written order has not been issued." Docket No. 47. The Court then ordered a further joint status report be filed by May 26, 2017. Docket No. 48. The parties failed to comply, prompting the Court to issue another order for a status report. Docket No. 49. That joint status report has now been filed, indicating that the bankruptcy court entered the subject order on April 24, 2017. Docket No. 50 at 2; Docket No. 50-1 at 2 (signature of bankruptcy judge indicating the order was "Entered on Docket April 24, 2017"). Hence, the subject order was entered *before* the initial status report indicating that it had not been entered. <u>Thera Cooper, Adam Trippiedi, and Kelley Blatnik shall file, no later than June 8, 2017, a further statement explaining why they signed the initial status report when it misrepresented the one fact being relayed to the Court</u>. *See* Fed. R. Civ. P. 11.

The joint status report also indicates that some of the parties seek to extend the stay on other grounds. Any such motion shall be filed no later than June 8, 2017.

IT IS SO ORDERED.

DATED: June 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge