# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-01597-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a joint statement regarding an inaccuracy in the joint status report filed on April 26, 2017. *See* Docket No. 52; *see also* Docket No. 51 (order outlining inaccuracy). The Court takes counsel at their word that the issuance of the previous order will serve as a sufficient deterrent to similar issues arising in the future. In addition, however, the Court notes that the most recent filing makes no mention of why the misstatement went uncorrected until a further court order requiring another status report weeks later. The Court further alerts the attorneys involved that they have a duty in the future to correct the record once they realize a misstatement is made. *See* Nev. Rule of Prof. Conduct 3.3(a)(1) (attorneys must not "fail to correct a false statement of material fact").

IT IS SO ORDERED.

DATED: June 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge