ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
jesse.ransom@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**JOINT MOTION TO LIFT STAY** |

Plaintiff/Counter-defendant Nationstar Mortgage LLC (**Nationstar**) and Defendants River Glider Avenue Trust (**River Glider**) and Sahara Sunrise Homeowners' Association (**Sahara** or **HOA**), (collectively, the **parties**) hereby submit the following joint motion to lift the stay in this matter:

1. The Court administratively stayed this case pending relief from the bankruptcy action involving Alessi & Koenig, LLC. (See ECF No. 46)

...

...

1

42475884;1

2. On April 24, 2017, the bankruptcy court granted relief, ordering "that the automatic stay under 11 U.S.C. §362 is hereby terminated for all purposes with the exception that collection of a judgment obtained against the Debtor may only be pursued against the Debtor in this Court." (Exhibit A, Order Granting in Part and Denying in Part Motion for Order Authorizing Procedures for: 1) Disposition of Excess Proceeds, 2) Review of Debtor's Books and Records, and 3) Relief from the Automatic Stay. Accordingly, the basis for the initial stay entered by the Court has expired.

3. On June 26, 2017, the United States Supreme Court in *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154, 1159–60 (9th Cir. 2016) (holding NRS 116 is facially unconstitutional), denied certiorari. As cert has been denied, the parties hereby move the Court lift the litigation stay and provide the parties 30 days to refile all motions denied by the stays.

Dated this July, 31, 2017

**AKERMAN LLP**

*/s/ Jesse A. Ransom, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
1160 Town Center Dr., Suite 330
Las Vegas, NV 89144
*Attorneys for Nationstar Mortgage, LLC*

**LAW OFFICES OF MICHAEL BOHN**

*/s/ Adam R. Trippiedi, Esq.*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
376 East Warm Springs Rod., Ste. #140
Las Vegas, NV 89119
*Attorneys for River Glider Trust*

**BOYACK ORME & ANTHONY**

*/s/ Kelley K. Blatnik (of counsel)*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
KELLEY K. BLATNIK, ESQ. (of counsel)
Nevada Bar No. 12768
7432 W Sahara Ave.
Las Vegas Nevada 89117
*Attorneys for Sahara Sunrise Homeowners Association*

Dated: August 2, 2017

IT IS SO ORDERED.

_____
U.S. District Judge

42475884;1

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 1st day of August, 2017, I caused to be served a true and correct copy of the foregoing **JOINT MOTION TO LIFT STAY**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

Edward D. Boyack, Esq.
Patrick A. Orme, Esq.
**BOYACK ORME & TAYLOR**
401 N. Buffalo Drive #202
Las Vegas, Nevada  89145
ted@boyacklaw.com
patrick@boyacklaw.com
*Attorneys for Sahara Sunrise Homeowners Association*

Michael F. Bohn, Esq.
**LAW OFFICE OF MICHAEL F. BOHN**
376 East Warm Springs Rd., Ste. #140
Las Vegas, Nevada  89119
mbohn@bohnlawfirm.com
*Attorneys for River Glider Avenue Trust*

Steven T. Loizzi, Jr., Esq.
**HOA LAWYERS GROUP, LLC**
9500 West Flamingo Road, Suite 204
Las Vegas, Nevada  89147
steve@nrs116.com
*Attorney for Alessi & Koenig, LLC*

Jeanette E. McPherson, Esq.
**SCHWARTZER & MCPHERSON LAW FIRM**
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89109
bkfilings@s-mlaw.com
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

*/s/ Jill Sallade*
An employee of AKERMAN LLP

42475884;1