ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for plaintiff and counter-defendant
Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S DECEMBER 19, 2017 ORDER [ECF NO. 73]**<br><br>**(FIRST REQUEST)** |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>Third-Party Defendants | |
| RIVER GLIDER AVENUE TRUST,<br><br>Counter-plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Counter-defendant. | |

46014439;1

Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant and third party plaintiff Sahara Sunrise Homeowners Association, defendant and counter-claimant River Glider Avenue Trust and third party defendant Alessi & Koenig, LLC, pursuant to Rule 6(b) and L.R. IA-6-1 and L.R. 26-4, stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's December 19, 2017 order, ECF No. 73:

1. On December 19, 2017, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 73.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question and ordered all pending motions may be re-filed within thirty days from the decision. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 73.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. Nationstar's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

///
///
///
///
///

2

46014439;1

WHEREFORE, Nationstar, Sahara Sunrise, River Glider and Alessi respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's December 19, 2017 order, ECF No. 73, up to, through and including August 21, 2018, and grant such other and further relief as the court deems proper.

| This the 7th day of August, 2018. | This the 7th day of August, 2018. |
|---|---|
| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
| */s/ Jared M. Sechrist, Esq.* | */s/ Kelley K. Blatnik, Esq.* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>PATRICK A. ORME<br>Nevada Bar No. 7853<br>KELLEY K. BLATNIK, ESQ. (of counsel)<br>Nevada Bar No. 12768<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117 |
| *Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC* | *Attorneys for defendant and third party plaintiff Sahara Sunrise Homeowners Association* |
| This the 7th day of August, 2018. | This the 7th day of August, 2018. |
| **LAW OFFICE OF MICHAEL F. BOHN** | **HOA LAWYERS GROUP, LLC** |
| */s/ Adam R. Trippiedi, Esq.* | */s/ Steven T. Loizzi, Jr.* |
| MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074 | STEVEN T. LOIZZI, JR.<br>Nevada Bar No. 10920<br>9500 West Flamingo Road, Suite 204<br>Las Vegas, Nevada 89147 |
| *Attorneys for defendant and counter-claimant River Glider Avenue Trust* | *Attorneys for third party defendant Alessi & Koenig LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 8, 2018

46014439;1