ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-01597-MMD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |
| vs. | **[FIRST REQUEST]** |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION, | |
| Third-Party Plaintiff, | |
| vs. | |
| ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX, | |
| Third-Party Defendants | |
| RIVER GLIDER AVENUE TRUST, | |
| Counter-plaintiff, | |
| vs. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Counter-defendant. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant and third party plaintiff Sahara Sunrise Homeowners Association, defendant and counter-claimant River Glider Avenue Trust, and third-party defendant Alessi & Koenig, LLC submit the following stipulation to extend the dispositive motions deadline by forty five days, as follows:

1.      On December 19, 2017, this court stayed this case and denied all pending motions without prejudice pending the Nevada supreme court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931 (the **certified question case**).   (ECF No. 73.)   The court directed the parties to file a status report within five days of the Nevada supreme court answering the certified question and ordered all pending motions may be re-filed within thirty days from the decision.   (*Id.*)

2.      The Nevada supreme court answered the certified question on August 2, 2018.   *SFR Invs. Pool 1, LLC*, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018).   The parties understand the dispositive motions deadline is September 4, 2018 as a result.   (ECF No. 73.)   The parties intend to file summary judgment motions, but do not intend to re-file the same briefing they previously filed in light of the recent ruling in the certified question case.   To allow time to update their briefing, and in light of the numerous cases counsel for both parties have with dispositive motions due September 4, 2018, the parties stipulate the dispositive motions deadline shall be **October 19, 2018**.

///
///
///
///
///
///
///
///
///
///

2

46231514;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3.     This is the parties' first request to extend the dispositive motions deadline, and is not made to cause delay or prejudice to any party.

This the 30th day of August, 2018.

**AKERMAN LLP**

*/s/ Jared M. Sechrist, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

This the 30th day of August, 2018.

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn, Esq.*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendant and counter-claimant River Glider Avenue Trust*

This the 30th day of August, 2018.

**BOYACK ORME & ANTHONY**

*/s/ Kelley K. Blatnik, Esq.*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
KELLEY K. BLATNIK, ESQ. (of counsel)
Nevada Bar No. 12768
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant and third party plaintiff Sahara Sunrise Homeowners Association*

This the 30th day of August, 2018.

**HOA LAWYERS GROUP, LLC**

*/s/ Steven T. Loizzi, Jr.*
STEVEN T. LOIZZI, JR.
Nevada Bar No. 10920
9500 West Flamingo Road, Suite 204
Las Vegas, Nevada 89147

*Attorneys for third party defendant Alessi & Koenig LLC*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 4, 2018

46231514;1