ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO OPPOSE (1) NATIONSTAR MORTGAGE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 90] AND (2) RIVER GLIDER AVENUE TRUST'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 92]**<br><br>**[SECOND REQUEST]** |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>Third-Party Defendants | |
| RIVER GLIDER AVENUE TRUST,<br><br>Counter-plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Counter-defendant. | |

46829886;2

Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant and third party plaintiff Sahara Sunrise Homeowners Association and defendant and counter-claimant River Glider Avenue Trust respectfully submit the following stipulation to allow the parties until November 30, 2018 to oppose (**1**) Nationstar's motion for partial summary judgment, ECF No. 90, and (**2**) River Glider Avenue Trust's motion for summary judgment, ECF No. 92.

Nationstar filed its motion for partial summary judgment on October 19, 2018. (ECF No. 90.) River Glider Avenue Trust filed its motion for summary judgment the same day. (ECF No. 92.) Oppositions were originally due November 9, 2018. The parties stipulated to extending all opposition deadlines by fourteen days, to November 23, 2018, to allow additional time for the parties to prepare their briefing. [ECF No. 94]. The parties, however, failed to consider that November 23, 2018 is the day after Thanksgiving. In light of the holiday, the parties stipulate and agree, and respectfully request an order establishing, that the oppositions to the pending motions for summary judgment shall be due on or before November 30, 2018.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

46829886;2

This is the second request to extend the deadline to oppose Nationstar or River Gilder Avenue Trust's summary judgment motions. This stipulation is not made to cause delay or prejudice to any party.

This the 8th day of November, 2018.

**AKERMAN LLP**

*/s/ Jared M. Sechrist, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

This the 8th day of November, 2018.

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn, Esq.*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendant and counter-claimant River Glider Avenue Trust*

This the 8th day of November, 2018.

**BOYACK ORME & ANTHONY**

*/s/ Patrick A. Orme, Esq.*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant and third party plaintiff Sahara Sunrise Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: November 9, 2018

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46829886;2