ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>          Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 90 and 92]**<br><br>**[FIRST REQUEST]** |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION,<br><br>          Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>          Third-Party Defendants | |
| RIVER GLIDER AVENUE TRUST,<br><br>          Counter-plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>          Counter-defendant. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1     Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant and third party plaintiff

2   Sahara Sunrise Homeowners Association and defendant and counter-claimant River Glider Avenue

3   Trust respectfully submit the following stipulation to allow Nationstar and River Glider fourteen

4   additional days to reply supporting their motions for summary judgment, ECF Nos. 90, 92.

5     Nationstar filed its motion for partial summary judgment on October 19, 2018.  (ECF No. 90.)

6   River Glider filed its opposition on November 28, 2018.  (ECF No. 97.)  Nationstar's reply is due

7   December 12, 2018.

8     River Glider filed its motion for summary judgment on October 19, 2018.  (ECF No. 92.)

9   Nationstar filed its opposition on November 29, 2018.  (ECF No. 98.)  River Glider's reply is due

10   December 13, 2018.

11     The parties stipulate to extending Nationstar's reply deadline fourteen days, to **December 26,**

12   **2018** and River Glider's reply deadline fourteen days, to **December 27, 2018**, to allow the parties

13   additional time to prepare their briefing.  This is the first request to extend the reply briefing deadlines.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

47196405;1

This stipulation is not made to cause delay or prejudice to any party.

This the 10th day of December, 2018.

This the 10th day of December, 2018.

**AKERMAN LLP**

**BOYACK ORME & ANTHONY**

*/s/ Jared M. Sechrist, Esq.*

*/s/ Patrick A. Orme, Esq.*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

*Attorneys for defendant and third party plaintiff*
*Sahara Sunrise Homeowners Association*

This the 10th day of November, 2018.

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn, Esq.*

MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendant and counter-claimant*
*River Glider Avenue Trust*

## ORDER

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: December 10, 2018

47196405;1