AARON D. LANCASTER
Nevada Bar No. 10115
Tele: (470) 832-5586
Fax: (404) 962-6800
aaron.lancaster@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV  89123 *(Nevada Office)*
600 Peachtree St. NE #3000, Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Nationstar Mortgage LLC dba Mr. Cooper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Plaintiff,<br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| SAHARA HOMEOWNERS ASSOCIATION,<br><br>　　　　　Third-Party Plaintiff,<br>vs.<br><br>ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>　　　　　Third-Party Defendants. | |
| RIVER GLIDER AVENUE TRUST,<br><br>　　　　　Counterclaimant,<br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Counter-defendant. | |

1

123306530

Notice is hereby given that, subject to approval by the court, Plaintiff/Counter-Defendant Nationstar Mortgage LLC (**Nationstar**) substitutes Aaron D. Lancaster, of the law firm Troutman Pepper Hamilton Sanders LLP, Nevada Bar No. 10115 as counsel of record in place of Melanie D. Morgan and Scott Robert Lachman, of the law firm Akerman LLP.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Troutman Pepper Hamilton Sanders LLP, Aaron D. Lancaster |
| Address: | 8985 S. Eastern Ave., Ste. 200, Las Vegas, NV  89123 *(Nevada Office)* |
| | 600 Peachtree St. NE #3000, Atlanta, GA 30308 *(Corporate Office)* |
| Telephone: | (470) 832-5586       Facsimile: (404) 962-6800 |
| Email: | aaron.lancaster@troutman.com |

I consent to the above substitution.
Date:   January 28, 2022.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By:   */s/ Aaron D. Lancaster*
Aaron D. Lancaster, Esq.
Nevada Bar Number 10115
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA  30308 *(Corporate Office)*
*Attorney for Nationstar Mortgage LLC*

I consent to the above substitution.
Date:   January 28, 2022.

AKERMAN LLP

By: */s/ Melanie D. Morgan*
Melanie D. Morgan, Esq.
Nevada Bar Number 8215
Scott Robert Lachman, Esq.
Nevada Bar Number 12016
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
*Withdrawing Attorneys for Nationstar Mortgage LLC*

123306530

I consent to the above substitution.
Date:   January 28, 2022                                    Nationstar Mortgage LLC

By: _____
Name: FAY JANATI
Its: Principal Litigation Ambassador
and Assistant Secretary

The substitution of attorney is hereby approved and so ORDERED.

Date: __January 31__, 2022.        _____
                                                          United States Magistrate Judge

3

123306530