UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION, *et al.*,<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No. 2:15-cv-01597-MMD-NJK<br><br>ORDER |

This dispute arises from the foreclosure sale ("HOA Sale") of real property located at 2670 Early Vista St., Las Vegas, NV, 89142 ("Property") to satisfy a homeowners' association lien. (*See, e.g.*, ECF Nos. 1 at 3, 90-9 at 2.) The United States Court of Appeals for the Ninth Circuit recently vacated the Court's most recent order resolving this case and remanded for further proceedings. (ECF No. 133.)

It is therefore ordered that the Court's most recent order (ECF No. 127) and corresponding judgment (ECF No. 128) are vacated. The Clerk of Court is directed to update the docket accordingly.

It is further ordered that the parties must file a joint status report within 30 days of the date of entry of this order proposing mutually agreed upon next steps in this case consistent with the Ninth Circuit's order (ECF No. 133), whether that be a revised scheduling order, a briefing schedule, or any other mutually agreeable plan to bring this case to final resolution.

DATED THIS 16th Day of February 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE