ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Defendant/Counterclaimant
River Glider Avenue Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br>           Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION, et al.,<br><br>           Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS AND CROSS CLAIMS | CASE NO.: 2:15-cv-01597-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO NATIONSTAR MORTGAGE LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Nationstar Mortgage LLC ("Nationstar"), and Defendant River Glider Avenue Trust ("River Glider") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and request an order extending the deadline by one week for River Glider to file a Response to Plaintiff's Motion for Summary Judgment (ECF No. 148). The current deadline for a

1

Response is October 11, 2022. (ECF Nos. 148-149.) This is the Parties' first request for an extension.

The Parties request that the deadlines be extended to **October 18, 2022,** for River Glider's Opposition. This request is made in good faith for the benefit of the parties and to allow counsel to provide adequate time for briefing.

| | |
|---|---|
| Dated: October 6, 2022 | Dated: October 6, 2022 |
| ROGER P. CROTEAU & ASSOCIATES, LTD. | TROUTMAN PEPPER HAMILTON SANDERS LLP. |
| By: /s/*Christopher L. Benner* <br> Roger P. Croteau <br> Nevada Bar Number 4958 <br> Christopher L. Benner <br> Nevada Bar No. 8963 <br> 2810 W. Charleston Blvd., Ste. 67 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> (702) 228-7719 (facsimile) <br> croteaulaw@croteaulaw.com <br> chris@croteaulaw.com <br> *Attorneys for Defendant/Counterclaimant River Glider Avenue Trust* | By: /s/ *Vanessa M. Turley* <br> Vanessa M. Turley <br> Nevada Bar No. 14635 <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV 89123 *(Nevada Office)* <br> 600 Peachtree St. NE #3000 <br> Atlanta, GA 30308 *(Corporate Office)* <br> Tele: (470) 832-5572 <br> Fax: (404) 962-6800 <br> vanessa.turley@troutman.com <br> *Attorney for Plaintiff and Counter-Defendant Nationstar Mortgage, LLC* |

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2022

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this October 6, 2022, I served via email and U.S. Mail, postage prepaid, the above **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO NATIONSTAR MORTGAGE LLC'S MOTION FOR SUMMARY JUDGMENT**.

| **Troutman Pepper** <br> Vanessa M. Turley <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV  89123 *(Nevada Office)* <br> vanessa.turley@troutman.com | **Boyack Orme Anthony & McKiever** <br> Patrick Orme <br> 7432 W. Sahara Ave <br> Las Vegas, NV  89117 <br> patrick@boyacklaw.com |
|---|---|

*/s/ Joe Koehle*

An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

3