VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14635
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Plaintiff and Counter-Defendant Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>SAHARA HOMEOWNERS ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>Third-Party Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE NATIONSTAR MORTGAGE LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Page 1

132503850

RIVER GLIDER AVENUE TRUST,

    Counterclaimant,

vs.

NATIONSTAR MORTGAGE LLC,

    Counter-defendant.

Plaintiff Nationstar Mortgage LLC ("Nationstar"), and Defendant River Glider Avenue Trust ("River Glider") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and request an order extending the deadline by one week for Nationstar to file a Reply in support of its Motion for Summary Judgment (ECF No. 148). The current deadline for a Response is November 1, 2022. (ECF Nos. 148-149.)  This is the Parties' first request for an extension.

The Parties request that the deadlines be extended to **November 8, 2022,** for Nationstar's Reply.  This request is made in good faith for the benefit of the parties and to allow counsel to provide adequate time for briefing.

DATED this 25th day of October, 2022.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| By: /s/ *Christopher L. Benner*<br>Roger P. Croteau<br>Nevada Bar Number 4958<br>Christopher L. Benner<br>Nevada Bar No. 8963<br>2810 W. Charleston Blvd., Ste. 67<br>Las Vegas, Nevada 89102<br>(702) 254-7775<br>(702) 228-7719 (facsimile)<br>croteaulaw@croteaulaw.com<br>chris@croteaulaw.com<br><br>*Attorneys for Defendant/Counterclaimant River Glider Avenue Trust* | By: /s/ *Vanessa M. Turley*<br>Vanessa M. Turley<br>Nevada Bar No. 14635<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 *(Nevada Office)*<br>600 Peachtree St. NE #3000<br>Atlanta, GA 30308 *(Corporate Office)*<br>Tele: (470) 832-5572<br>Fax: (404) 962-6800<br>vanessa.turley@troutman.com<br><br>*Attorney for Plaintiff and Counter-Defendant Nationstar Mortgage, LLC* |

Page 2

132503850

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: October 26, 2022

132503850