BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)
Phone: 470.832.5586
Fax:    404.962.6800
Email: brody.wight@troutman.com

*Attorneys for Plaintiff and counter-defendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; RIVER GLIDER AVENUE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-01597-MMD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** |
| SAHARA HOMEOWNERS ASSOCIATION,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>    Third-Party Defendants. | |
| RIVER GLIDER AVENUE TRUST,<br><br>    Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Counter-defendant. | |

1

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Vanessa M. Turley, Esq. is no longer associated with the law firm of Troutman Pepper Hamilton Sanders, LLP and request that Ms. Turley be removed from the service list.

Troutman Pepper continues to serve as counsel for Plaintiff and Counter-Defendant NATIONSTAR MORTGAGE, LLC in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Brody R. Wight of Troutman Pepper Hamilton Sanders LLP, as attorney of record for Plaintiff and Counter-Defendant NATIONSTAR MORTGAGE, LLC in the above-entitled matter.

DATED this 4th day of April, 2023.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Brody R. Wight
BRODY R. WIGHT
Nevada Bar No. 13615
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Plaintiff and counter-defendant Nationstar Mortgage LLC*

### ORDER

There being good cause, IT IS ORDERED that the Motion to Remove Vanessa M. Turley, Esq. from the Electronic Service List is GRANTED.

Dated:  April 5, 2023

United States Magistrate Judge